1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                              UNITED STATES DISTRICT COURT
9
                             NORTHERN DISTRICT OF CALIFORNIA
10
                                      SAN JOSE DIVISION
11

   XINYUAN CHONG, *et al*.,
12
                         Plaintiffs,               C 5:24-cv-08741-SVK
13
          v.
14                                                 **STIPULATION TO EXTEND TIME FOR**
   JAMES R. MCHENRY III[1], Acting Attorney        **DEFENDANTS' RESPONSE TO PLAINTIFFS'**
15 General, United States Department of Justice, *et*   **COMPLAINT AND [PROPOSED] ORDER**
   *al.*
16
                         Defendants.
17

18

19      The parties, through their undersigned attorneys, hereby stipulate to an extension of time for

20 Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before

21 April 7, 2025.  Plaintiffs filed this action seeking adjudication of their Form I-485, Application to

22 Register Permanent Residence or Adjust Status. The parties make this request because United States

23 Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiffs on

24 February 21, 2025.

25      The parties further request a corresponding extension on the deadline for filing a summary

26

27 ―――――――――――――
   [1] James R. McHenry III is automatically substituted as the defendant in this matter in accordance with
28 Federal Rule of Civil Procedure 25(d).

   Stipulation to Extend
   C 5:24-cv-08741-SVK                               1

judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 3. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or April 7, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by May 22, 2025.

Dated: February 4, 2025

Respectfully submitted[2],

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 4, 2025

/s/ Xinyuan Chong
XINYUAN CHONG
Pro Se Plaintiff

/s/ Chao Pan
CHAO PAN
Pro Se Plaintiff

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 5, 2025

HON. SUSAN VAN KEULEN
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.