PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINYUAN CHONG, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAMELA BONDI[1], Attorney General, United States Department of Justice, *et al.*<br><br>    Defendants. | C 5:24-cv-08741-SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 14, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this action seeking adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. On April 4, 2025, United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on Plaintiffs' application. Once USCIS receives Plaintiffs' response to the RFE, the agency will work diligently towards completing

---

[1] Pamela Bondi is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
C 5:24-cv-04120-NC                     1

1  adjudication of Plaintiffs' application, absent unforeseen or exceptional circumstances that would
2  require additional time for adjudication.
3       Accordingly, the parties stipulate and request that the proceedings in this case be stayed until
4  August 14, 2025, at which time the parties will file a joint status report with the Court. At that time, the
5  parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
6  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
7  case will benefit the parties and conserve the Court's resources while the parties pursue a potential
8  administrative resolution.

10  Dated: April 7, 2025                           Respectfully submitted[2],

                                                      PATRICK D. ROBBINS
                                                      Acting United States Attorney

                                                      *s/ Elizabeth D. Kurlan*
                                                      ELIZABETH D. KURLAN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants

23  //
24  //
    //

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: April 7, 2025

      */s/ Xinyuan Chong*
      XINYUAN CHONG
      Pro Se Plaintiff

      */s/ Chao Pan*
      CHAO PAN
      Pro Se Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, the case is hereby **STAYED** until August 14, 2025, at which time the Parties shall file a joint status report with the Court.

**SO ORDERED.**

Date: April 8, 2025

      *(signature)*
      HON. SUSAN VAN KEULEN
      United States Magistrate Judge